UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Max Gray Construction, Inc.;<br>Cincinnati Insurance Companies; Louhi<br>& Kivela Masonry; Thomas Breiwick;<br>and AmTrust North America,<br><br>                              Plaintiffs,<br>v.<br><br>West Bend Mutual Insurance,<br><br>                              Defendants. | Case No. 23-CV-01608-JRT-LIB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO CERTAIN PARTIES** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Max Gray Construction, Inc. and Cincinnati Insurance Companies and Defendant West Bend Mutual Insurance Company (the only parties who have appeared in this action), hereby stipulate and agree, through their respective undersigned attorneys, that all claims against Defendant West Bend Mutual Insurance Company and Plaintiffs Louhi & Kivela Masonry and Thomas Breiwick in this action may be, and hereby are, dismissed with prejudice and without costs or disbursements to any party.  The dismissal of such claims shall not affect any claims between Plaintiffs Max Gray Construction, Inc. and Cincinnati Insurance Companies and Plaintiff AmTrust North America.

Respectfully submitted,

TRIAL GROUP NORTH, PLLP

Dated:  April 17, 2024.        s/ Steven Reyelts
Steven Reyelts #91017
800 Lonsdale Building
302 West Superior Street
Duluth, MN 55802
218-722-0073
reyelts@trialgroupnorth.com

***Attorneys for Plaintiffs Max Gray Construction, Inc. and Cincinnati Insurance Companies***

O'MEARA WAGNER, P.A.

Dated:  April 17, 2024.        *s/ Lance D. Meyer*
Lance D. Meyer (# 0393073)
7401 Metro Boulevard, Suite 600
Minneapolis, MN 55439-3034
Telephone:  (952) 831-6544
E-Mail: LDMeyer@OLWKlaw.com

***Attorneys for Defendant West Bend Mutual Insurance Company***

2