## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

_____

MAX GRAY CONSTRUCTION, INC., et al.,          Civil No 23-1608 (JRT/LIB)

    Plaintiffs,

v.                           **ORDER FOR DISMISSAL WITH PREJUDICE**

WEST BEND MUTUAL INSURANCE, et al.,

    Defendants.

_____

Steven L Reyelts, **TRIAL GROUP NORTH,** 302 West Superior Street #800, Duluth, MN 55802, for plaintiff.

Lance D Meyer, **O'MEARA WAGNER, P.A.,** 7401 Metro Boulevard, Suite 600, Minneapolis, MN 55439, for defendants Max Gray Construction, Inc and Cincinnati Insurance Companies.

A Stipulation of Dismissal was filed on April 17, 2024. (ECF No. 27) Based on a review of the file, record, and proceedings herein,

**IT IS HEREBY ORDERED** that all claims against Defendant West Bend Mutual Insurance Company and Plaintiffs Louhi & Kivela Masonry and Thomas Breiwick in this action are hereby **DISMISSED WITH PREJUDICE** and without costs or disbursements to any party. The dismissal of such claims shall not affect any claims between Plaintiffs Max Gray Construction, Inc. and Cincinnati Insurance Companies and Plaintiff AmTrust North America.

Dated: May 8, 2024                                                 _____s/John R. Tunheim_____  
at Minneapolis, Minnesota                            JOHN R. TUNHEIM  
                                                                                    United States District Judge