UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Max Gray Construction, Inc. and<br>Cincinnati Insurance Companies<br><br>　　　Plaintiffs,<br><br>v.<br><br>West Bend Mutual Insurance, Louhi & Kivela<br>Masonry, Thomas Breiwick and<br>AmTrust North America,<br><br>　　　Defendants. | Court File No. 23-CV-01608<br>Judge:<br><br>**Stipulation for<br>Dismissal with<br>Prejudice** |

The parties to this action stipulate, through their respective attorneys, that all claims by and between the parties in the above-entitled action may be dismissed with prejudice and without costs to any party.

Dated: October 10, 2024.

　　　　　　　　　　　　　　　　　　　　　　TRIAL GROUP NORTH

　　　　　　　　　　　　　　　　　　　　　　　/s/ Steven L. Reyelts
　　　　　　　　　　　　　　　　　　　　　　Steven L. Reyelts　　#91017
　　　　　　　　　　　　　　　　　　　　　　Eric J. Berg　　　　#0402615
　　　　　　　　　　　　　　　　　　　　　　800 Lonsdale Building
　　　　　　　　　　　　　　　　　　　　　　302 West Superior Street
　　　　　　　　　　　　　　　　　　　　　　Duluth, Minnesota 55802
　　　　　　　　　　　　　　　　　　　　　　218-722-0073
　　　　　　　　　　　　　　　　　　　　　　*reyelts@trialgroupnorth.com*
　　　　　　　　　　　　　　　　　　　　　　*ejb@trialgroupnorth.com*
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

1

Dated: October 10, 2024.

**YOST & BAILL, LLP**

_____
Mr. Jeffrey M. Baill
220 South Sixth Street, Suite 2500
Minneapolis, MN 55402
*jbaill@yostbail.com*
Attorney for Defendant AmTrust North America
