UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Max Gray Construction, Inc. and<br>Cincinnati Insurance Companies<br><br>    Plaintiffs,<br><br>v.<br><br>West Bend Mutual Insurance, Louhi & Kivela<br>Masonry, Thomas Breiwick and<br>AmTrust North America,<br><br>    Defendants. | Court File No. 23-CV-01608<br>Judge: John R. Tunheim<br><br>**Order for Dismissal** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the Stipulation of Plaintiffs Max Gray Construction, Inc. and Cincinnati Insurance Companies and Defendant AmTrust North America (the only remaining Defendant), **IT IS HEREBY ORDERED** that all claims between Defendant AmTrust North America and Plaintiffs Max Gray Construction, Inc. and Cincinnati Insurance Companies in this action are hereby dismissed with prejudice and without costs or disbursements to any party.

Dated: _____        _____
                             Judge John R. Tunheim
                             U.S. District Court